IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01642-PAB-KLM

GERALD H. PHIPPS, INC., a Colorado corporation doing business as GH Phipps Construction Company,

    Plaintiff,

v.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,

    Defendant.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Unopposed Motion to Amend Its Answer** [#23] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#23] is **GRANTED**. The Amended Answer [#23-1] is accepted for filing as of August 19, 2014.

    Dated: August 28, 2014