IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01642-PAB-KLM

GERALD H. PHIPPS, INC., a Colorado corporation doing business as GH Phipps Construction Company,

    Plaintiff,

v.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's[1] **Stipulated Motion to Modify Civil Scheduling Order** [#38][2] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#38] is **GRANTED**. The Scheduling Order entered on August 19, 2014 [#22] is amended to extend the following deadlines:

| | |
|---|---|
| • Affirmative Expert Disclosure Deadline | **February 13, 2015** |
| • Rebuttal Expert Disclosure Deadline | **March 20, 2015** |
| • Rule 702 Motions | **April 17, 2015** |

    Dated: January 12, 2015

---

[1] The Court notes that the Motion is signed only by Plaintiff's counsel but it purports to be submitted on behalf of both Plaintiff and Defendant. Because the Motion is signed only by Plaintiff's counsel, the Court treats the Motion as an unopposed motion filed by Plaintiff.

[2] "[#38]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.