IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01642-PAB-KLM

GERALD H. PHIPPS, INC., a Colorado corporation doing business as GH Phipps Construction Company,

    Plaintiff,

v.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,

    Defendant.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Stipulated Motion for Protective Order** [#44][1] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#44] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Protective Order [#44-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

Dated: May 12, 2015

---

[1] "[#44]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.